JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MAMMOTHRX, INC., RYAN HILTON, and AMIR ASVADI,<br><br>Plaintiffs,<br><br>v.<br><br>BAM INTERNATIONAL, LLC, THE MSBA GROUP, INC., and MILES STEVEN BOWN,<br><br>Defendants. | Case No. 8:21-cv-00305-DOC-(ADSx)<br><br>**ORDER GRANTING JOINT MOTION TO STAY AND VACATE DATES [29]**<br><br>Action Filed: February 16, 2021<br>Trial Date: None<br><br>Judge: Hon. David O. Carter |

The Court having considered the Joint Motion to Stay and Vacate Dates filed by Plaintiffs Ryan Hilton and Amir Asvadi and Defendant BAM International, LLC., in the above-captioned action, and good cause appearing,

IT IS HEREBY ORDERED that:

(1) This action between Plaintiffs and Bam is stayed until further order of this Court;

(2) The following dates are **VACATED** from the Court's calendar:

    (a) the May 10 hearing on Bam's motion to dismiss or stay [ECF 20];

    (b) the requirement to complete the Rule 26(f) conference (*see* ECF No. 26); and,

    (c) the requirement to file a Rule 26(f) report (*see* ECF No. 26); and

    (d) the May 10 Scheduling Conference (*see* ECF No. 26).

(3) The dates for the foregoing activities will be rescheduled if and as needed after the Delaware Chancery Court rules on Plaintiffs' motion to dismiss them from the action filed there; and

(4) Unless both Plaintiffs voluntarily dismiss this action, the parties are to report the ruling of the Delaware Chancery Court on Plaintiffs' motion to dismiss them from that action to this Court within seven days of the Delaware court's order becoming final; and

(5) The Court will set a date for a status conference if either Plaintiff does not voluntarily dismiss this case within seven days of the Delaware court's order on Plaintiffs' motion to dismiss them from that action becoming final. This case is administratively closed to be re-opened at written request of counsel.

IT IS SO ORDERED.

Dated: April 12, 2021

*David O. Carter*
_____
Honorable David O. Carter
United States District Judge